**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUDY SESSAMAN,** | : | CIVIL ACTION NO.  4:14-CV-1086 |
| **Plaintiff,** | : | |
| v. | : | (Judge Brann) |
| **CAROLYN W. COLVIN,** | : | |
| *Commissioner of Social Security,* | : | |
| **Defendant.** | : | |

# O R D E R

AND NOW, this 15th day of July 2015, having reviewed the thorough report and recommendation of Magistrate Judge Susan E. Schwab, to which Plaintiff did not file objections, the report and recommendation of the Magistrate Judge, filed June 25, 2015, ECF No. 16.  The decision of the Commissioner is AFFIRMED.  Final judgment is entered in favor of the Commissioner and against Plaintiff.

The Clerk is directed to close the case file.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge